No. 945. TREMONT, AKA LARRO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *James F. Schaeffer* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 946. VELOTTA *v.* McGETTRICK. Sup. Ct. Ohio. Certiorari denied. *Don DeRocco* for petitioner. *John T. Corrigan* for respondent.

No. 948. KINDELAN ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Thomas H. Anderson* for petitioners. *Solicitor General Marshall, Acting Assistant Attorney General Featherston* and *Robert N. Anderson* for the United States.

No. 949. WILSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Harold Gruenberg* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 955. FOULKES, ADMINISTRATOR *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Lawrence J. Simmons* for petitioner. *Solicitor General Marshall* for the United States.

No. 975. AETNA CASUALTY & SURETY Co. *v.* THIRD NATIONAL BANK & TRUST Co. C. A. 3d Cir. Certiorari denied. *Elmer W. Beasley* for petitioner. *Ernest J. Gazda* for respondent.

No. 978. RYAN, ASSIGNEE *v.* VICKERS. Sup. Ct. Colo. Certiorari denied. *Milton J. Blake* for petitioner. *John H. Pickering* and *M. O. Shivers, Jr.,* for respondent.